# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISSA BURGESS, | Case No.: 2:23-cv-02354-KJN |
| Plaintiff, | **ORDER TO SET ASIDE ENTRY OF DEFAULT AGAINST DEFENDANT SOLID SOLUTIONS 24/7, INC.** |
| v. | |
| SOLID SOLUTIONS 24/7, INC, | Magistrate:   Kendall J. Newman |
| Defendants. | Action Filed: October 17, 2023 |

1
ORDER TO SET ASIDE ENTRY OF DEFAULT AGAINST
DEFENDANT SOLID SOLUTIONS 24/7, INC.

LEGAL\68013292\1

# ORDER

After considering the stipulation of Plaintiff Marissa Burgess ("Plaintiff") and Defendant Solid Solutions 24/7, Inc. ("Defendant"), **IT IS HEREBY ORDERED** that:

1. That the Request for Entry of Default dated December 8, 2023, and the Court clerk's entry of default dated December 11, 2023, against Defendant is set aside;

2. That Defendant files a response to the Complaint no later than fifteen (15) days after the Court enters an Order setting aside the default against Defendant; and

3. Given that this action was assigned to the undersigned under the court's Local Rules, Appendix A sub. (m), the parties shall file their consent/decline forms within fifteen days of this order.  (See ECF No. 3.)

Dated:  January 19, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

burg.2354

2
ORDER TO SET ASIDE ENTRY OF DEFAULT AGAINST
DEFENDANT SOLID SOLUTIONS 24/7, INC.

LEGAL\68013292\1